UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Winona Barstow,

    Plaintiff,

    v.                                        Civil Action 2:14–cv–0021
                                              Judge Watson
Commissioner of Social Security,      Magistrate Judge King

    Defendant.

## ORDER

On June 30, 2014, the United States Magistrate Judge recommended that the joint motion to remand, ECF No. 16, be granted, that the decision of the Commissioner be reversed, and that this action be remanded to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings. *Report and Recommendation*, ECF No. 17. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

Accordingly, the *Report and Recommendation*, ECF 17, is **ADOPTED AND AFFIRMED**. The joint motion of the parties, ECF No. 16, is **GRANTED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings. This action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**